# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                    Reply to Northern Division Address

March 27, 2003

Ernest P. Francis, Esquire
Law Office
1655 N. Fort Myer Drive
Suite 700
Arlington, Virginia 22209-0796

                          Re:    Cezar v. First Revenue.
                                 WDQ 03-397

Dear Counsel/Parties:

    This case has been **reassigned** to the judge noted below.  Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case. **It is important that you use this case number on all subsequent papers**. Any papers which fail to carry the correct case number may be returned to the sender.

    All papers should be filed in the Clerk's Office, Room 4415.  Please contact the staff members listed below regarding any problems or questions.

            REASSIGNED TO JUDGE:  William D. Quarles, Jr.
            COURTROOM DEPUTY:     Vinnie Butler
            DOCKETING CLERK:      M. M. Starr

                                  Sincerely,

                                  Felicia C. Cannon, Clerk

                          By:  ___/s/_____
                                  Deputy Clerk

cc:    Judges Legg and Quarles
       Courtroom Deputy Clerks
       File
       Civil/Criminal Report
       Magistrate Judge

U.S. District Court (5/2001) - Case reassignment letter

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov