IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

BART CEZAR, )
)
   Plaintiff )
)
v. ) Civil Action No. WDQ 03-397
)
FIRST REVENUE ASSURANCE CORP., )
)
   Defendant. )

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff dismisses this action and all claims therein with prejudice

Respectfully submitted,

*Ernest P. Francis*
Ernest P. Francis
Federal Bar No. 12263
ERNEST P. FRANCIS, LTD.
1655 North Fort Myer Drive
Suite 700
Arlington, VA 22209
(703) 683-5696

Counsel for Plaintiff

APPROVED this 22nd day of July, 2003.

William D. Quarles, Jr.
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Dismissal was mailed first class postage prepaid and addressed to Judith A. LaSpada at her office at First Revenue Assurance, LLC, 200 Fillmore Street, Suite 200, Denver, CO 80206 this 21st day of June, 2003.

*Ernest P. Francis*
———————————
Ernest P. Francis