UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
### DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                 Reply to Northern Division Address

July 22, 2003

Ernest P. Francis
1655 N Fort Myer Dr Ste 700
Arlington, VA 22209-0796

                              Re:    Case No. WDQ-03-397

Dear Counsel/Party:

   Your Notice of Dismissal was received in paper format on 7/22/03.

[X]   The document should have been filed electronically. It has been scanned and filed electronically by court staff.

[ ]   You did not include a PDF version of the document on a diskette or CD. The document has been scanned and filed electronically by court staff.

All further filings in this case must be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

   If you are not a registered CM/ECF user, you should immediately register. Registration is available on-line on the Court's web site.

   Please be advised that any future filings which are not made electronically may be returned to you.

                                                            Very truly yours,

                                                            /s/
                                                            J Lewis
                                                            for
                                                            Felicia C. Cannon, Clerk

cc:    Other counsel/party

U.S. District Court (Rev. 7/9/2003) - Warning letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov